UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ODFJELL CHEMICAL TANKERS AS, GOLDEX FORTUNE LTD., ODJFELL MANAGEMENT AS AND ODFJELL TANKERS AS, AS OWNERS AND OPERATORS OF THE M/T BOW FORTUNE, | § § § § § § § § § | No. 3:20-CV-00012 |
| C/W | | |
| IN RE MASTER JIMBO, INC., AS OWNER AND/OR OWNER PRO HAC VICE OF THE F/V PAPPY'S PRIDE PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § | No. 3:20-CV-00016 IN ADMIRALTY |

## ORDER OF DISMISSAL

On October 15, 2021, the following claimants filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing their claims with prejudice against Petitioner Master Jimbo, Inc.: Raymond Herrera, Jr., Tabitha Herrera, Decedent Raymond Anthony Herrera, Sr., the Estate of Raymond Anthony Herrera, Sherry Bearden, Maria Dolores Montenegro, Decedent Jose Antonio Robles Montenegro, the Estate of Jose Antonio Robles Montenegro, April Corona, Decedent Constantino Corona, the Estate of Constantino Corona, Steven Lee Edison,

Megan Harvey, and Renee Golemon as attorney-in-fact for Margaret Herrera (collectively, "the Claimants"). Dkt. 142.

Accordingly, it is hereby **ORDERED** that all claims asserted by the Claimants against Master Jimbo in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island this 18th day of October, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE