Case 3:20-cv-00012   Document 175   Filed on 01/24/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ODFJELL CHEMICAL TANKER AS, *et al.*, | § § § § § § § § | CONSOLIDATED<br><br>CA No. 3:20-CV-12 |
| IN RE MASTER JIMBO, INC., AS OWNER AND/OR OWNER PRO HAC VICE OF THE F/V PAPPY'S PRIDE, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § | CA No. 3:20-CV-16<br><br>IN ADMIRALTY |

## **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion and order entering findings of fact and conclusions of law, Dkt. 174, the court orders that (1) Odfjell Chemical Tankers AS, Goldex Fortune Ltd., Odfjell Management AS, and Odfjell Tankers AS are entitled to exoneration from liability, and (2) Master Jimbo, Inc., is not entitled to exoneration or limited liability, under the Limitation of Liability Act, 46 U.S.C. § 30505, for all claims arising from the *Pappy's Pride* colliding with the *M/T Bow Fortune* on January 14, 2020.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 24th day of January, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE